**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRON A. PAYNE,<br><br>          Petitioner,<br><br>          v.<br><br>DERRAL G. ADAMS,<br><br>          Respondent. | NO. CV 08-5297 JHN (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that in the above-captioned action, Grounds One through Four are dismissed with prejudice and Ground Five is dismissed without prejudice.

DATED: January 4, 2010.

                                                  /s/
                                   JACQUELINE H. NGUYEN
                                 UNITED STATES DISTRICT JUDGE